UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                **Plaintiff,**

        v.                                        Case No. CR 03-60055-1-AA

JOSHUA EDWARD HICKS,

                **Defendant.**

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On October 3, 2003, the defendant appeared before this court, for sentencing following his plea of guilty to Bank Robbery. He was sentenced to thirty (30) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. On May 22, 2004, the sentence was reduced to twenty-one (21) months. The term of supervised release commenced on February 14, 2004.

On May 20, 2005, this court issued a petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On July 14, 2005, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the

ORDER CONTINUED SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 1

conditions of supervised release by failing to participate in a drug treatment program, failure to notify his probation officer of his change of address and employment and by using controlled substances.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of II, produces a suggested imprisonment range of 4 to 10 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued with the following modification:

1. The defendant shall reside in and satisfactorily participate in a community corrections center, specifically the Lane County Community Corrections Center to include a prerelease component, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, for up to 180 days or until discharged by the Community Corrections Manager and the U.S. Probation Officer.

The Bureau of Prisons subsistence fee will be waived. The defendant shall be detained until a bed becomes available.

All other conditions and terms of supervised release previously imposed shall remain in full force and effect.

Dated this 14 day of July, 2005.

_____
ANN AIKEN
**United States District Judge**

cc: Probation Office
Counsel of Record